No. 75–1065. JOHN NUVEEN & Co., INC., ET AL. *v.* SANDERS. C. A. 7th Cir. Motions of Securities Industry Assn. and Lehman Commercial Paper, Inc., for leave to file briefs as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ernst & Ernst* v. *Hochfelder, ante,* p. 185. MR. JUSTICE STEVENS took no part in the con-

sideration or decision of this case.